Maurkice Faye
3525 E Elizabethtown rd TRL 114
lumberton NC 28358

FILED
JAN 20 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ xma ___ DEP CLK

In the _federal_ Court for the County of _Wake_
in the State of _North Carolina_

Maurkice Faye )
   Plaintiff, )
   v. )
Matthew Lassiter + Robeson )
   Defendant. County sheriffs )
   office )

Case No.: 7:23-CV-00009-FL

Motion for Default Judgment

Plaintiff motions to this Court for an entry of default judgment against Defendant of this matter for failure to answer as required by law. For those reasons, good cause exists to grant this Motion.

Default Judgment may be served on Defendant at: 120 legend road lumberton NC 28358 _____.

Respectfully submitted this 20th day of January, 2023

*Maurice Faye*

Case # 7:23-CV-00009-FL