UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MAURKICE DOCK FOYE )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>MATTHEW LASSITER and ROBESON )<br>COUNTY SHERIFF'S OFFICE )<br>    Defendants ) | **JUDGMENT**<br>No. 7:23-CV-9-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 15, 2023 and for the reasons set forth more specifically therein, it is ordered that defendants' motion for judgment on the pleadings is GRANTED.

**This judgment Filed and Entered on November 15, 2023, and Copies To:**
Maurkice Dock Foye (via US mail) 3525 E. Elizabethtown Road, TRL 114, Lumberton, NC 28358
Taylor J. Sweet / Patrick H. Flanagan (via CM/ECF Notice of Electronic Filing)

November 15, 2023          PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk